**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| In re:                                                      | MDL No. 3098 |
|-------------------------------------------------------------|--------------|
| 23ANDME, INC., Customer Data Security Breach Litigation     |              |

**ERRATA TO SCHEDULE OF ACTIONS FILED WITH NOTICE OF APPEARANCE**
**AND CORPORATE DISCLOSURE STATEMENTS**

This Errata corrects the Schedule of Actions filed as Exhibit A to the Notice of Appearance of Ian C. Ballon and the Corporate Disclosure Statements of Defendant, 23andMe, Inc., 23andMe, Pharmacy Holdings, Inc., and 23andMe Holding Co.

| Pages, Lines     | Changed From:         | Changed To:                                             |
|------------------|-----------------------|---------------------------------------------------------|
| Page 1; Title    | 23ANDME, INC.         | 23ANDME, INC., Customer Data Security Breach Litigation |
| Page 1; Title    | SCHEDULE OF ACTIONS   | CORRECTED SCHEDULE OF ACTIONS                           |
| Page 5; Row 2    | Hon. Laurel Beeler    | Hon. Edward M. Chen                                     |
| Page 5; Row 3    | Hon. Nathanael Cousins| Hon. Edward M. Chen                                     |
| Page 5; Row 4    | Hon. Donna M. Ryu     | Hon. Edward M. Chen                                     |